# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA
# PITTSBURGH DIVISION

| | |
|---|---|
| ZACHARIAH ROBERTSON, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>ENBRIDGE (US) INC,<br><br>*Defendant*. | Civil Action No. 2:19-cv-01080-WSS-LPL<br><br>Judge William S. Stickman IV<br><br>Magistrate Judge Lisa Pupo Lenihan |

## CLEVELAND INTEGRITY SERVICES, INC.'S MOTION TO INTERVENE

Pursuant to Federal Rule of Civil Procedure 24(a) and 24(b), Cleveland Integrity Services, Inc. ("CIS") moves to intervene in *Robertson v. Enbridge (US) Inc.*, Civil Action No. 2:19-cv-01080-WSS-LPL. For the reasons set forth in its accompanying memorandum, CIS respectfully requests that this Court grant its Motion to Intervene and add CIS as a party defendant in this case.

January 23, 2020

Respectfully submitted,

Cleveland Integrity Services, Inc.

/s/ *Ryan O. Hemminger*
Ryan O. Hemminger
Leech Tishman Fuscaldo & Lampl, LLC
525 William Penn Place, 28th Floor
Pittsburgh, PA 15219
(412) 261-1600 (phone)
(412) 227-5551 (fax)
rhemminger@leechtishman.com

Rachel B. Cowen, *pro hac vice forthcoming*
McDermott Will & Emery LLP
444 West Lake Street
Chicago, Illinois 60606
(312) 372-2000 (phone)
(312) 884-7700 (fax)
rcowen@mwe.com

## **CERTIFICATE OF SERVICE**

    I hereby certify that this document was filed and served on all counsel of record via the Court's electronic filing system on January 23, 2020.

                                                      s/ *Ryan O. Hemminger*
                                                      Ryan O. Hemminger