UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ZACHARIAH ROBERTSON, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>ENBRIDGE (US) INC,<br><br>*Defendant*. | Civil Action No. 2:19-cv-01080-WSS-LPL<br><br>Judge William S. Stickman IV<br><br>Magistrate Judge Lisa Pupo Lenihan |

**CYPRESS ENVIRONMENTAL MANAGEMENT-TIR, LLC'S MOTION TO INTERVENE**

Pursuant to Federal Rule of Civil Procedure 24(a) and 24(b), Cypress Environmental Management-TIR, LLC ("CEM-TIR") moves to intervene in *Robertson v. Enbridge (US) Inc*., Civil Action No. 2:19-cv-01080-WSS-LPL. For the reasons set forth in its accompanying memorandum, CEM-TIR respectfully requests that this Court grant its Motion to Intervene and add CEM-TIR as a party defendant in this case.

Respectfully submitted,

Cypress Environmental Management-TIR, LLC

January 30, 2020

*/s/ Ryan O. Hemminger*
Ryan O. Hemminger
Leech Tishman Fuscaldo & Lampl, LLC
525 William Penn Place, 28th Floor
Pittsburgh, PA 15219
(412) 261-1600 (phone)
(412) 227-5551 (fax)
rhemminger@leechtishman.com

Rachel B. Cowen, *pro hac vice forthcoming*
McDermott Will & Emery LLP
444 West Lake Street
Chicago, Illinois 60606
(312) 372-2000 (phone)
(312) 884-7700 (fax)
rcowen@mwe.com

## **CERTIFICATE OF SERVICE**

I hereby certify that this document was filed and served on all counsel of record via the Court's electronic filing system on January 30, 2020.

/s/ *Ryan O. Hemminger*
Ryan O. Hemminger