UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

| | |
|---|---|
| **ZACHARIAH ROBERTSON,** individually and on behalf of all others similarly situated, | DOCKET NO. 2:19-cv-01080-LPL |
| | **JURY TRIAL DEMANDED** |
| vs. | **COLLECTIVE ACTION** |
| **ENBRIDGE (U.S.) INC.** | **PURSUANT TO 29 U.S.C. § 216(b)/ FED. R. CIV. P. 23** |

### NOTICE OF FILING NOTICES OF CONSENT

Plaintiff hereby submits the attached notices of consent:

1. Brimmer, Josh

Respectfully submitted,

By: */s/ Michael A. Josephson*
    **Michael A. Josephson**
    Texas Bar No. 24014780
    **Andrew W. Dunlap**
    Texas Bar No. 24078444
    **JOSEPHSON DUNLAP LAW FIRM**
    11 Greenway Plaza, Suite 3050
    Houston, Texas 77046
    713-352-1100 – Telephone
    713-352-3300 – Facsimile
    mjosephson@mybackwages.com
    adunlap@mybackwages.com

    **AND**

    **Richard J. (Rex) Burch**
    Texas Bar No. 24001807
    **BRUCKNER BURCH, P.L.L.C.**
    8 Greenway Plaza, Suite 1500
    Houston, Texas 77046
    713-877-8788 – Telephone
    713-877-8065 – Facsimile
    rburch@brucknerburch.com

    **AND**

    **Joshua P. Geist**
    PA. I.D. No. 85745
    **GOODRICH & GEIST, P.C.**
    3634 California Ave.
    Pittsburgh, PA 15212
    Tel: (412) 766-1455
    Fax: (412)766-0300
    josh@goodrichandgeist.com

    **ATTORNEYS IN CHARGE FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

    I served a copy of this document on all counsel of record via the Court's ECF system on February 20, 2020.

    */s/ Michael Josephson*
    Michael Josephson

**CONSENT TO JOIN WAGE CLAIM**

Print Name: Josh Brimmer

1. I hereby consent to participate in a collective action lawsuit against Enbridge to pursue my claims of unpaid overtime during the time that I worked with the company.

2. I understand that this lawsuit is brought under the Fair Labor Standards Act, and consent to be bound by the Court's decision.

3. I designate the law firm and attorneys at JOSEPHSON DUNLAP as my attorneys to prosecute my wage claims.

4. I authorize the law firm and attorneys at JOSEPHSON DUNLAP to use this consent to file my claim in a separate lawsuit, class/collective action, or arbitration against the company.

Signature: *Josh Brimmer*
Josh Brimmer (Feb 20, 2020)

Date Signed: Feb 20, 2020

EXHIBIT 1