IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

| | | |
|---|---|---|
| ZACHARIAH ROBERTSON, ANGEL HERNANDEZ, GORDON LUNSTED, AND GREG HUGGINS, individually and on behalf of all others similarly situated, | § § § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 2:19-cv-01080-WSS-LPL |
| ENBRIDGE (U.S.) INC., CLEVELAND INTEGRITY SERVICES, INC., AND CYPRESS ENVIRONMENTAL MANAGEMENT-TIR, LLC, | § § § § § § | |
| Defendants. | § | |

**DEFENDANT ENBRIDGE (U.S.) INC.'S MOTION TO DISMISS THE CLAIMS ASSERTED BY OPT-IN PLAINTIFF ROBERTS**

Defendant Enbridge (U.S.) Inc. ("Enbridge") files this motion to dismiss the claims asserted by Opt-in Plaintiff Charles Roberts because Roberts agreed to pursue his claims only in the District Court of Tulsa County, Oklahoma. The reasons for Enbridge's motion to dismiss are explained in detail in Enbridge's accompanying memorandum of law.

For the reasons set forth herein and in Enbridge's accompanying memorandum of law, Enbridge respectfully requests that the Court enforce Roberts's forum-selection clause, strike his consent to join this action, and dismiss his claims with permission to refile in the District Court of Tulsa County, Oklahoma.

Dated: November 23, 2020        Respectfully submitted,

By: /s/ Timothy M. Watson
Shelly R. Pagac
Pa I.D. No. 63327
PIETRAGALLO GORDON ALFANO BOSICK &
RASPANTI, LLP
38th Floor, One Oxford Centre
Pittsburgh, Pennsylvania 15219
Telephone: (412) 263-2000
Facsimile: (142) 263-2001
srp@pietragallo.com

Timothy M. Watson (admitted *pro hac vice*)
Texas Bar No. 20963575
Rachel M. Hoffer (admitted *pro hac vice*)
Texas Bar No. 24065432
John P. Phillips (admitted *pro hac vice*)
Texas Bar No. 24083659
SEYFARTH SHAW LLP
700 Milam Street, Suite 1400
Houston, Texas 77002
Telephone: (713) 225-2300
Facsimile: (713) 225-2340
twatson@seyfarth.com
rhoffer@seyfarth.com
jphillips@seyfarth.com

ATTORNEYS FOR DEFENDANT
ENBRIDGE (U.S.) INC.

## CERTIFICATE OF SERVICE

I, Timothy M. Watson, an attorney, do hereby certify that I have caused a true and correct copy of the foregoing document to be filed using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record on November 23, 2020.

/s/ Timothy M. Watson
Timothy M. Watson